1030

*In the Matter of the Dependency of J.N.*

ROBERT BULL, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of the Dependency of J.N.*

LINDA NALL, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 86-7-00607-7, Anthony P. Wartnik, J., entered June 7, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Forrest, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. RANDY STEVEN KIRKALDIE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00474-7, Robert C. Bibb, J., entered October 6, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Winsor, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES A. MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00008-0, John E. Rutter, Jr., J., entered June 10, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Webster, J.